# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CEDRICK L. JACKSON,                  :

    Plaintiff,                   :

vs.                                  :        CA 11-0198-C

MICHAEL J. ASTRUE,                   :
Commissioner of Social Security,
                                                                                         :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 27th day of December, 2011.

                                       s/WILLIAM E. CASSADY
                                      **UNITED STATES MAGISTRATE JUDGE**